| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Robert Manchel, Esq.<br>1 Eves Dr., Suite 111<br>Marlton, NJ. 08053<br>Attorney for debtor(s)<br>RM-1141<br>(856) 797-1500 | Case No.:        25-12537 MEH<br><br>Chapter:         13 |
| In Re:<br>John C. Bartholomew Jr. Debtors | Adv. No.:        Click or tap here to enter text.<br>Hearing Date:   Click or tap here to enter text.<br>Judge:           Click or tap here to enter text. |

## CERTIFICATION OF SERVICE

1. I, Robert Manchel:

    X   represent the debtor(s) in this matter.

    ☐   am the secretary/paralegal for Click or tap here to enter text., who represents Click or tap here to enter text. in this matter.

    ☐   am the Click or tap here to enter text. in this case and am representing myself.

2. On 4/7/2025, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

Debtor's Notice of Request for Loss Mitigation and Amended Form of Order

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date:   4/7/2025                                            /s/Robert Manchel_____
                                                            Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Colonial Savings F.A.<br>c/o KML Law Group PC.<br>701 Market St., Suite 5000<br>Philadelphia PA 19106-0000 | Creditor | ☐ Hand-delivered<br>X Regular mail<br>☐ Certified mail/RR<br>☐ Other Click or tap here to enter text.<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Albert Russo<br>Chapter 13 trustee<br>CN 4853<br>Trenton, NJ 08650 | trustee | ☐ Hand-delivered<br>X Regular mail<br>☐ Certified mail/RR<br>☐ Other Click or tap here to enter text.<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| **Erin Murphy**<br>Bankruptcy Specialist II<br>Colonial Savings<br>2626 B. West Freeway<br>Fort Worth, TX. 76102<br><br>ServiceHomeLoan.com | creditor | ☐ Hand-delivered<br>X Regular mail<br>☐ Certified mail/RR<br>☐ Other Click or tap here to enter text.<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Click or tap here to enter text. | Creditor | ☐ Hand-delivered<br>X Regular mail<br>☐ Certified mail/RR<br>☐ Other Click or tap here to enter text.<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Click or tap here to enter text. | Creditor | ☐ Hand-delivered<br>X Regular mail<br>☐ Certified mail/RR<br>☐ Other Click or tap here to enter text.<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Click or tap here to enter text. | Creditor | ☐ Hand-delivered<br>✗ Regular mail<br>☐ Certified mail/RR<br>☐ Other Click or tap here to enter text.<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Click or tap here to enter text. | Creditors | ☐ Hand-delivered<br>✗ Regular mail<br>☐ Certified mail/RR<br>☐ Other Click or tap here to enter text.<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Click or tap here to enter text. | Click or tap here to enter text. | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other Click or tap here to enter text.<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Click or tap here to enter text. | Click or tap here to enter text. | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other Click or tap here to enter text.<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Click or tap here to enter text. | Click or tap here to enter text. | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other Click or tap here to enter text.<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

*rev.8/1/16*