**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

Caption in Compliance with D.N.J. LBR 9004-1(b)

**Greenbaum, Rowe, Smith & Davis LLP**

75 Livingston Avenue, Suite 301
Roseland, NJ 07068-3701
(973) 577-1884
Attorney for Waters Edge at Holly Lake
Homeowners Association, Inc.
Caroline Record, Esq.

| | |
|---|---|
| In re:<br><br>**JOHN C. BARTHOLOMEW, JR.**<br><br>Debtor. | Chapter 13 Proceeding<br><br>**Case No. 25-12537 (MEH)** |

## NOTICE OF APPEARANCE

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of Waters Edge at Holly Lake Homeowners Association, Inc. Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS:   **GREENBAUM, ROWE, SMITH & DAVIS LLP**
75 Livingston Avenue
Suite 301
Roseland, NJ 07068-3701
(973) 577-1884
(973) 577-1885 (facsimile)
Email: crecord@greenbaumlaw.com

DOCUMENTS:

☒ All notices entered pursuant to Fed. R. Bankr. P. 2002.

☒ All documents and pleadings of any nature:.

**GREENBAUM, ROWE, SMITH & DAVIS LLP**
Counsel for Waters Edge at Holly Lake
Homeowners Assoc

By:*/s/ Caroline Record*
      CAROLINE RECORD, Esq.

Date:  April 14, 2025

5761645.1