UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Robert Manchel, Esq.
1 Eves Dr., Suite 111
Marlton, NJ. 08053
Attorney for debtor(s)
RM-1141

Order Filed on July 30, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:
John C. Bartholomew Jr.

| | |
|---|---|
| Case No.: | 25-12537MEH |
| Chapter: | 13 |
| Judge: | Hall |

**ORDER RESPECTING REQUEST FOR EXTENSION
OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD**

The relief set forth on the following page is hereby **ORDERED**.

**DATED: July 30, 2025**

Honorable Mark E. Hall
United States Bankruptcy Judge

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on 4/22/2025 _____ :

Property:     14 Cranmer Court, Tuckerton, NJ. 08087

Creditor:     Colonial Savings and Loan

and a Request for

☒   Extension of the Loss Mitigation Period having been filed by debtor _____ , and for good cause shown,

☐   Early Termination of the Loss Mitigation Period having been filed by _____ , and for good cause shown,

It is hereby ORDERED that,

☒   The Loss Mitigation Period is extended up to and including 10/22/25 _____ .

☐   The Loss Mitigation Period is terminated, effective _____ .

And it is further ORDERED that,

If this case is dismissed during the loss mitigation period, loss mitigation is terminated effective on the date of the order of dismissal.

*rev.12/17/19*

United States Bankruptcy Court

District of New Jersey

In re:                                                                                      Case No. 25-12537-MEH

John C. Bartholomew, Jr.                                                       Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0312-3 | User: admin | Page 1 of 1 |
|---|---|---|
| Date Rcvd: Jul 30, 2025 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 01, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | John C. Bartholomew, Jr., 14 Cranmer Court, Tuckerton, NJ 08087-2093 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 01, 2025        Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 30, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Caroline Record | on behalf of Creditor Waters Edge at Holly Lake HOA crecord@greenbaumlaw.com |
| Denise E. Carlon | on behalf of Creditor Colonial Savings  F.A. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Robert Manchel | on behalf of Debtor John C. Bartholomew  Jr. manchellaw@yahoo.com, manchel.robertb132225@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5