Form plncf13 − ntccnfpln13v27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 25−12537−MEH
Chapter: 13
Judge: Mark Edward Hall

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   John C. Bartholomew Jr.
   14 Cranmer Court
   Tuckerton, NJ 08087

Social Security No.:
   xxx−xx−4089

Employer's Tax I.D. No.:

# NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

   NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on August 27, 2025.

Dated: August 27, 2025
JAN: mjb

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 25-12537-MEH
John C. Bartholomew, Jr.  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3  User: admin  Page 1 of 3
Date Rcvd: Aug 27, 2025  Form ID: plncf13  Total Noticed: 40

The following symbols are used throughout this certificate:
**Symbol  Definition**

\+  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^  Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 29, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | John C. Bartholomew, Jr., 14 Cranmer Court, Tuckerton, NJ 08087-2093 |
| cr | + | Waters Edge at Holly Lake HOA, P.O. Box 1612, Little Egg Harbor Twp., NJ 08087-5612 |
| 520619366 | + | Caroline Record, Esq, 75 Livingston Avenue, Suite 301, Roseland, NJ 07068-3738 |
| 520646680 | + | Colonial Savings F.A., 2570 W Fwy Bldg E, Fort Worth, TX 76102-5820 |
| 520582660 | + | EZ Pass Atlantic City Expressway, PO Box 4971, Trenton, NJ 08650-4971 |
| 520582661 | | EZ Pass Garden State Parkway, 521 Main St., Woodbridge, NJ 07095 |
| 520582663 | | EZ Pass, NJ. Turnpike Authority, PO BOX 5042, Woodbridge, NJ 07095-5042 |
| 520582684 | + | Waters Edge At Holly Lake HOA, PO Box 1612, Little Egg Harbor, NJ 08087-5612 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Aug 27 2025 20:49:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Aug 27 2025 20:49:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520655666 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 27 2025 21:02:36 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520582655 | | Email/Text: cfcbackoffice@contfinco.com | Aug 27 2025 20:49:00 | Continental Finance Company, Attn: Bankruptcy, 4550 New Linden Hill Rd, Wilmington, DE 19808 |
| 520582650 | + | Email/Text: bankruptcydesk@colonialsavings.com | Aug 27 2025 20:49:00 | Colonial Savings & Loans, Attn Bankruptcy, Po Box 2988, Fort Worth, TX 76113-2988 |
| 520582651 | ^ | MEBN | Aug 27 2025 20:47:47 | Colonial Savings F.A., c/o KML Law Group PC., 701 Market St., Suite 5000, Philadelphia, PA 19106-1541 |
| 520582652 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Aug 27 2025 20:49:00 | Comenity Bank/Victoria Secret, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 520582653 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Aug 27 2025 20:49:00 | Comenity/MPRC, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 520582654 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Aug 27 2025 20:49:00 | Comenityl/Prcpgd, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 520582656 | | Email/Text: bankruptcy_notifications@ccsusa.com | Aug 27 2025 20:49:00 | Credit Collection Services, Payment Processing Center, PO Box 55126, Boston, MA 02205-5126 |
| 520582659 | + | Email/PDF: creditonebknotifications@resurgent.com | Aug 27 2025 21:03:34 | Credit One Bank, Attn: Bankruptcy Department, 6801 Cimarron Rd, Las Vegas, NV 89113-2273 |
| 520582666 | | Email/Text: BNBLAZE@capitalsvcs.com | Aug 27 2025 20:49:00 | First Savings Bank/Blaze, Attn: Bankruptcy, Po Box 5096, Sioux Falls, SD 57117 |

Case 25-12537-MEH   Doc 32   Filed 08/29/25   Entered 08/30/25 00:15:42   Desc Imaged
Certificate of Notice   Page 3 of 4

| District/off: 0312-3 | User: admin | Page 2 of 3 |
| --- | --- | --- |
| Date Rcvd: Aug 27, 2025 | Form ID: plncf13 | Total Noticed: 40 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
| --- | --- | --- | --- | --- |
| 520582664 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Aug 27 2025 21:02:26 | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 520634155 | | Email/Text: JCAP_BNC_Notices@jcap.com | Aug 27 2025 20:49:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 520582667 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Aug 27 2025 20:49:00 | Jefferson Capital Systems, LLC, Attn: Bankruptcy, 200 14th Ave E, Sartell, MN 56377-4500 |
| 520596613 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 27 2025 21:03:38 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520582672 | + | Email/PDF: resurgentbknotifications@resurgent.com | Aug 27 2025 21:02:36 | Lvnv Funding/Resurgent Capital, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 520604223 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Aug 27 2025 21:04:24 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 520582677 | | Email/Text: ml-ebn@missionlane.com | Aug 27 2025 20:48:00 | Mission Lane LLC, Attn: Bankruptcy, P.O. Box 105286, Atlanta, GA 30348 |
| 520582675 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Aug 27 2025 21:03:53 | Merrick Bank Corp, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 520654026 | + | Email/Text: bankruptcydpt@mcmcg.com | Aug 27 2025 20:49:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 520582676 | + | Email/Text: bankruptcydpt@mcmcg.com | Aug 27 2025 20:49:00 | Midland Credit Mgmt, Attn: Bankruptcy, Po Box 939069, San Diego, CA 92193-9069 |
| 520582662 | | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | Aug 27 2025 20:48:00 | EZ Pass New Jersey, PO Box 4971, Trenton, NJ 08650 |
| 520597761 | | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | Aug 27 2025 20:48:00 | New Jersey Turnpike Authority, Ramon de la Cruz, NJ Turnpike Authority, 1 Turnpike Plaza, P.O Box 5042, Woodbridge, NJ 07095 |
| 520641290 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 27 2025 21:02:25 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 520582678 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 27 2025 21:15:40 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 520582680 | + | Email/Text: bankruptcynotices@sba.gov | Aug 27 2025 20:48:00 | Small Business Administration, 409 3rd St., Washington, DC 20416-0002 |
| 520582681 | + | Email/Text: bankruptcynotices@sba.gov | Aug 27 2025 20:49:00 | Small Business Administration, 2 Gateway Center, Suite 1002, Newark, NJ 07102-5006 |
| 520582682 | + | Email/Text: bankruptcynotices@sba.gov | Aug 27 2025 20:48:00 | Small Business Administration, 409 3rd St. SW, Suite 5600, Washington, DC 20416-0005 |
| 520615105 | + | Email/Text: bankruptcynotices@sba.gov | Aug 27 2025 20:49:00 | U.S. Small Business Administration, New Jersey District Office, 2 Gateway Center, Suite 1002, Newark, NJ 07102-5006 |
| 520583954 | | Email/PDF: OGCRegionIIBankruptcy@hud.gov | Aug 27 2025 21:03:48 | U.S. Department of Housing and Urban Development, 26 Federal Plaza, Suite 3541, New York, NY 10278 |
| 520582683 | + | Email/PDF: OGCRegionIIBankruptcy@hud.gov | Aug 27 2025 21:03:48 | US. Department of HUD, 451 7th St., SW., Washington, DC 20410-0001 |

TOTAL: 32

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| 520582679 | | SBA |

| | | |
|---|---|---|
| lm | *+ | Colonial Savings F.A., c/o KML Law Group PC., 701 Market St., Suite 5000, Philadelphia, PA 19106-1541 |
| 520582657 | * | Credit Collection Services, Payment Processing Center, PO Box 55126, Boston, MA 02205-5126 |
| 520582658 | * | Credit Collection Services, Payment Processing Center, PO Box 55126, Boston, MA 02205-5126 |
| 520582665 | *+ | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 520582668 | *+ | Jefferson Capital Systems, LLC, Attn: Bankruptcy, 200 14th Ave E, Sartell, MN 56377-4500 |
| 520582669 | *+ | Jefferson Capital Systems, LLC, Attn: Bankruptcy, 200 14th Ave E, Sartell, MN 56377-4500 |
| 520582670 | *+ | Jefferson Capital Systems, LLC, Attn: Bankruptcy, 200 14th Ave E, Sartell, MN 56377-4500 |
| 520582671 | *+ | Jefferson Capital Systems, LLC, Attn: Bankruptcy, 200 14th Ave E, Sartell, MN 56377-4500 |
| 520582673 | *+ | Lvnv Funding/Resurgent Capital, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 520582674 | *+ | Lvnv Funding/Resurgent Capital, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |

TOTAL: 1 Undeliverable, 10 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 29, 2025        Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 27, 2025 at the address(es) listed below:**

**Name** — **Email Address**

Albert Russo
docs@russotrustee.com

Caroline Record
on behalf of Creditor Waters Edge at Holly Lake HOA crecord@greenbaumlaw.com

Denise E. Carlon
on behalf of Creditor Colonial Savings F.A. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Robert Manchel
on behalf of Debtor John C. Bartholomew Jr. manchellaw@yahoo.com, manchel.robertb132225@notify.bestcase.com

U.S. Trustee
USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 5