Form 137 − aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  25−12537−MEH
Chapter:  13
Judge:  Mark Edward Hall

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    John C. Bartholomew Jr.
    14 Cranmer Court
    Tuckerton, NJ 08087

Social Security No.:
    xxx−xx−4089

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

   NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Mark Edward Hall on:

Date:       12/3/25
Time:       02:00 PM
Location:   Courtroom 2, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

   The following applications for compensation have been filed:

APPLICANT(S)
Robert Manchel, Debtor's Attorney

COMMISSION OR FEES
Fees: $3,466.25

EXPENSES
$0.00

If this is a chapter 13 case, the fees and expenses awarded:

   ☑    will not reduce the amount to be paid to general unsecured
        creditors under the plan.

   ☐    will reduce the amount to be paid to general unsecured
        creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

   An appearance is not required on an application for compensation unless an objection is filed.

Dated: November 6, 2025
JAN:

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 25-12537-MEH |
| John C. Bartholomew, Jr. | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 3 |
| Date Rcvd: Nov 06, 2025 | Form ID: 137 | Total Noticed: 40 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^            Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 08, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | John C. Bartholomew, Jr., 14 Cranmer Court, Tuckerton, NJ 08087-2093 |
| cr | + | Waters Edge at Holly Lake HOA, P.O. Box 1612, Little Egg Harbor Twp., NJ 08087-5612 |
| 520619366 | + | Caroline Record, Esq, 75 Livingston Avenue, Suite 301, Roseland, NJ 07068-3738 |
| 520646680 | + | Colonial Savings F.A., 2570 W Fwy Bldg E, Fort Worth, TX 76102-5820 |
| 520582660 | + | EZ Pass Atlantic City Expressway, PO Box 4971, Trenton, NJ 08650-4971 |
| 520582661 | | EZ Pass Garden State Parkway, 521 Main St., Woodbridge, NJ 07095 |
| 520582663 | | EZ Pass, NJ. Turnpike Authority, PO BOX 5042, Woodbridge, NJ 07095-5042 |
| 520582684 | + | Waters Edge At Holly Lake HOA, PO Box 1612, Little Egg Harbor, NJ 08087-5612 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Nov 06 2025 21:01:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Nov 06 2025 21:01:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520655666 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 06 2025 21:12:17 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520582655 | | Email/Text: cfcbackoffice@contfinco.com | Nov 06 2025 21:00:00 | Continental Finance Company, Attn: Bankruptcy, 4550 New Linden Hill Rd, Wilmington, DE 19808 |
| 520582650 | + | Email/Text: bankruptcydesk@colonialsavings.com | Nov 06 2025 21:01:00 | Colonial Savings & Loans, Attn Bankruptcy, Po Box 2988, Fort Worth, TX 76113-2988 |
| 520582651 | ^ | MEBN | Nov 06 2025 20:57:24 | Colonial Savings F.A., c/o KML Law Group PC., 701 Market St., Suite 5000, Philadelphia, PA 19106-1541 |
| 520582652 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 06 2025 21:01:00 | Comenity Bank/Victoria Secret, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 520582653 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 06 2025 21:01:00 | Comenity/MPRC, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 520582654 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 06 2025 21:01:00 | Comenityl/Prcpgd, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 520582656 | | Email/Text: bankruptcy_notifications@ccsusa.com | Nov 06 2025 21:01:00 | Credit Collection Services, Payment Processing Center, PO Box 55126, Boston, MA 02205-5126 |
| 520582659 | + | Email/PDF: creditonebknotifications@resurgent.com | Nov 06 2025 21:23:48 | Credit One Bank, Attn: Bankruptcy Department, 6801 Cimarron Rd, Las Vegas, NV 89113-2273 |
| 520582666 | | Email/Text: BNBLAZE@capitalsvcs.com | Nov 06 2025 21:00:00 | First Savings Bank/Blaze, Attn: Bankruptcy, Po Box 5096, Sioux Falls, SD 57117 |

| Recip ID | Bypass | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 520582664 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Nov 06 2025 21:25:46 | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 520634155 |  | Email/Text: JCAP_BNC_Notices@jcap.com | Nov 06 2025 21:01:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 520582667 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Nov 06 2025 21:01:00 | Jefferson Capital Systems, LLC, Attn: Bankruptcy, 200 14th Ave E, Sartell, MN 56377-4500 |
| 520596613 |  | Email/PDF: resurgentbknotifications@resurgent.com | Nov 06 2025 21:12:11 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520582672 | + | Email/PDF: resurgentbknotifications@resurgent.com | Nov 06 2025 21:25:17 | Lvnv Funding/Resurgent Capital, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 520604223 |  | Email/PDF: MerrickBKNotifications@Resurgent.com | Nov 06 2025 21:36:57 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 520582677 |  | Email/Text: ml-ebn@missionlane.com | Nov 06 2025 21:00:00 | Mission Lane LLC, Attn: Bankruptcy, P.O. Box 105286, Atlanta, GA 30348 |
| 520582675 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Nov 06 2025 21:12:36 | Merrick Bank Corp, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 520654026 | + | Email/Text: bankruptcydpt@mcmcg.com | Nov 06 2025 21:01:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 520582676 | + | Email/Text: bankruptcydpt@mcmcg.com | Nov 06 2025 21:01:00 | Midland Credit Mgmt, Attn: Bankruptcy, Po Box 939069, San Diego, CA 92193-9069 |
| 520582662 |  | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | Nov 06 2025 21:00:00 | EZ Pass New Jersey, PO Box 4971, Trenton, NJ 08650 |
| 520597761 |  | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | Nov 06 2025 21:00:00 | New Jersey Turnpike Authority, Ramon de la Cruz, NJ Turnpike Authority, 1 Turnpike Plaza, P.O Box 5042, Woodbridge, NJ 07095 |
| 520641290 |  | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 06 2025 21:25:22 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 520582678 |  | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 06 2025 21:11:03 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 520582680 | + | Email/Text: bankruptcynotices@sba.gov | Nov 06 2025 21:00:00 | Small Business Administration, 409 3rd St., Washington, DC 20416-0002 |
| 520582681 | + | Email/Text: bankruptcynotices@sba.gov | Nov 06 2025 21:01:00 | Small Business Administration, 2 Gateway Center, Suite 1002, Newark, NJ 07102-5006 |
| 520582682 | + | Email/Text: bankruptcynotices@sba.gov | Nov 06 2025 21:00:00 | Small Business Administration, 409 3rd St. SW, Suite 5600, Washington, DC 20416-0005 |
| 520615105 | + | Email/Text: bankruptcynotices@sba.gov | Nov 06 2025 21:01:00 | U.S. Small Business Administration, New Jersey District Office, 2 Gateway Center, Suite 1002, Newark, NJ 07102-5006 |
| 520583954 |  | Email/PDF: OGCRegionIIBankruptcy@hud.gov | Nov 06 2025 21:24:33 | U.S. Department of Housing and Urban Development, 26 Federal Plaza, Suite 3541, New York, NY 10278 |
| 520582683 | + | Email/PDF: OGCRegionIIBankruptcy@hud.gov | Nov 06 2025 21:24:33 | US. Department of HUD, 451 7th St., SW., Washington, DC 20410-0001 |

TOTAL: 32

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520582679 |  | SBA |

| | | |
|---|---|---|
| lm | *+ | Colonial Savings F.A., c/o KML Law Group PC., 701 Market St., Suite 5000, Philadelphia, PA 19106-1541 |
| 520582657 | * | Credit Collection Services, Payment Processing Center, PO Box 55126, Boston, MA 02205-5126 |
| 520582658 | * | Credit Collection Services, Payment Processing Center, PO Box 55126, Boston, MA 02205-5126 |
| 520582665 | *+ | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 520582668 | *+ | Jefferson Capital Systems, LLC, Attn: Bankruptcy, 200 14th Ave E, Sartell, MN 56377-4500 |
| 520582669 | *+ | Jefferson Capital Systems, LLC, Attn: Bankruptcy, 200 14th Ave E, Sartell, MN 56377-4500 |
| 520582670 | *+ | Jefferson Capital Systems, LLC, Attn: Bankruptcy, 200 14th Ave E, Sartell, MN 56377-4500 |
| 520582671 | *+ | Jefferson Capital Systems, LLC, Attn: Bankruptcy, 200 14th Ave E, Sartell, MN 56377-4500 |
| 520582673 | *+ | Lvnv Funding/Resurgent Capital, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 520582674 | *+ | Lvnv Funding/Resurgent Capital, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |

TOTAL: 1 Undeliverable, 10 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 08, 2025    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 6, 2025 at the address(es) listed below:**

**Name** | **Email Address**

Albert Russo
docs@russotrustee.com

Caroline Record
on behalf of Creditor Waters Edge at Holly Lake HOA crecord@greenbaumlaw.com

Denise E. Carlon
on behalf of Creditor Colonial Savings F.A. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Robert Manchel
on behalf of Debtor John C. Bartholomew Jr. manchellaw@yahoo.com

U.S. Trustee
USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 5