UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)

Law Offices of Robert Manchel
Executive Center of Greentree
One Eves Drive, Suite 111
Marlton, NJ  08053
(856) 797-1500
Robert Manchel
RM 1141
Attorney for Debtor(s)

In Re:

John Bartholomew

Order Filed on December 3, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: 25-12537MEH

Chapter: 13

Judge: Mark E. Hall

# ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is hereby **ORDERED**.

**DATED: December 3, 2025**

Honorable Mark E. Hall
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Robert Manchel, Esquire_____, the applicant, is allowed a fee of $ ___$3,466.25___ for services rendered and expenses in the amount of $___0.00___ for a total of $___$3,466.25___ . The allowance shall be payable:

- ☑ through the Chapter 13 plan as an administrative priority.
- ☐ outside the plan.

The debtor's monthly plan is modified to require a payment of $___1,076.00___ per month for ___53___ months to allow for payment of the aforesaid fee.

*Revised 10/3/02*