Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 25−12537−MEH
Chapter: 13
Judge: Mark Edward Hall

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   John C. Bartholomew Jr.
   14 Cranmer Court
   Tuckerton, NJ 08087

Social Security No.:
   xxx−xx−4089

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 1/14/26.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: January 14, 2026
JAN: rms

                                      Jeanne Naughton
                                      Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                                                Case No. 25-12537-MEH
John C. Bartholomew, Jr.                                                                                                      Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3                       User: admin                              Page 1 of 3
Date Rcvd: Jan 14, 2026             Form ID: 148                             Total Noticed: 40

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+                 Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^                 Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 16, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | John C. Bartholomew, Jr., 14 Cranmer Court, Tuckerton, NJ 08087-2093 |
| cr | + | Waters Edge at Holly Lake HOA, P.O. Box 1612, Little Egg Harbor Twp., NJ 08087-5612 |
| 520619366 | + | Caroline Record, Esq, 75 Livingston Avenue, Suite 301, Roseland, NJ 07068-3738 |
| 520646680 | + | Colonial Savings F.A., 2570 W Fwy Bldg E, Fort Worth, TX 76102-5820 |
| 520582660 | + | EZ Pass Atlantic City Expressway, PO Box 4971, Trenton, NJ 08650-4971 |
| 520582661 | | EZ Pass Garden State Parkway, 521 Main St., Woodbridge, NJ 07095 |
| 520582663 | | EZ Pass, NJ. Turnpike Authority, PO BOX 5042, Woodbridge, NJ 07095-5042 |
| 520582684 | + | Waters Edge At Holly Lake HOA, PO Box 1612, Little Egg Harbor, NJ 08087-5612 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jan 14 2026 21:00:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jan 14 2026 21:00:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520655666 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 14 2026 21:03:52 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520582655 | | Email/Text: cfcbackoffice@contfinco.com | Jan 14 2026 20:59:00 | Continental Finance Company, Attn: Bankruptcy, 4550 New Linden Hill Rd, Wilmington, DE 19808 |
| 520582650 | + | Email/Text: bankruptcydesk@colonialsavings.com | Jan 14 2026 21:00:00 | Colonial Savings & Loans, Attn Bankruptcy, Po Box 2988, Fort Worth, TX 76113-2988 |
| 520582651 | ^ | MEBN | Jan 14 2026 20:58:35 | Colonial Savings F.A., c/o KML Law Group PC., 701 Market St., Suite 5000, Philadelphia, PA 19106-1541 |
| 520582652 | + | EDI: WFNNB.COM | Jan 15 2026 01:53:00 | Comenity Bank/Victoria Secret, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 520582653 | + | EDI: WFNNB.COM | Jan 15 2026 01:53:00 | Comenity/MPRC, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 520582654 | + | EDI: WFNNB.COM | Jan 15 2026 01:53:00 | Comenityl/Prcpgd, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 520582656 | | EDI: CCS.COM | Jan 15 2026 01:53:00 | Credit Collection Services, Payment Processing Center, PO Box 55126, Boston, MA 02205-5126 |
| 520582659 | + | Email/PDF: creditonebknotifications@resurgent.com | Jan 14 2026 21:04:04 | Credit One Bank, Attn: Bankruptcy Department, 6801 Cimarron Rd, Las Vegas, NV 89113-2273 |
| 520582666 | | Email/Text: BNBLAZE@capitalsvcs.com | Jan 14 2026 20:59:00 | First Savings Bank/Blaze, Attn: Bankruptcy, Po Box 5096, Sioux Falls, SD 57117 |

Case 25-12537-MEH   Doc 43   Filed 01/16/26   Entered 01/17/26 00:16:21   Desc Imaged
Certificate of Notice   Page 3 of 4

| District/off: 0312-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jan 14, 2026 | Form ID: 148 | Total Noticed: 40 |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 520582664 | + | EDI: AMINFOFP.COM | Jan 15 2026 01:53:00 | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 520634155 | | EDI: JEFFERSONCAP.COM | Jan 15 2026 01:53:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 520582667 | + | EDI: JEFFERSONCAP.COM | Jan 15 2026 01:53:00 | Jefferson Capital Systems, LLC, Attn: Bankruptcy, 200 14th Ave E, Sartell, MN 56377-4500 |
| 520596613 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 14 2026 21:03:52 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520582672 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jan 14 2026 21:04:14 | Lvnv Funding/Resurgent Capital, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 520604223 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Jan 14 2026 21:03:18 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 520582677 | | Email/Text: ml-ebn@missionlane.com | Jan 14 2026 20:59:00 | Mission Lane LLC, Attn: Bankruptcy, P.O. Box 105286, Atlanta, GA 30348 |
| 520582675 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Jan 14 2026 21:03:16 | Merrick Bank Corp, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 520654026 | + | Email/Text: bankruptcydpt@mcmcg.com | Jan 14 2026 21:00:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 520582676 | + | Email/Text: bankruptcydpt@mcmcg.com | Jan 14 2026 21:00:00 | Midland Credit Mgmt, Attn: Bankruptcy, Po Box 939069, San Diego, CA 92193-9069 |
| 520582662 | | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | Jan 14 2026 20:59:00 | EZ Pass New Jersey, PO Box 4971, Trenton, NJ 08650 |
| 520597761 | | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | Jan 14 2026 20:59:00 | New Jersey Turnpike Authority, Ramon de la Cruz, NJ Turnpike Authority, 1 Turnpike Plaza, P.O Box 5042, Woodbridge, NJ 07095 |
| 520641290 | | EDI: PRA.COM | Jan 15 2026 01:53:00 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 520582678 | | EDI: PRA.COM | Jan 15 2026 01:53:00 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 520582680 | + | Email/Text: bankruptcynotices@sba.gov | Jan 14 2026 20:59:00 | Small Business Administration, 409 3rd St., Washington, DC 20416-0002 |
| 520582681 | + | Email/Text: bankruptcynotices@sba.gov | Jan 14 2026 20:59:00 | Small Business Administration, 2 Gateway Center, Suite 1002, Newark, NJ 07102-5006 |
| 520582682 | + | Email/Text: bankruptcynotices@sba.gov | Jan 14 2026 20:59:00 | Small Business Administration, 409 3rd St. SW, Suite 5600, Washington, DC 20416-0005 |
| 520615105 | + | Email/Text: bankruptcynotices@sba.gov | Jan 14 2026 20:59:00 | U.S. Small Business Administration, New Jersey District Office, 2 Gateway Center, Suite 1002, Newark, NJ 07102-5006 |
| 520583954 | | Email/PDF: OGCRegionIIBankruptcy@hud.gov | Jan 14 2026 21:03:28 | U.S. Department of Housing and Urban Development, 26 Federal Plaza, Suite 3541, New York, NY 10278 |
| 520582683 | + | Email/PDF: OGCRegionIIBankruptcy@hud.gov | Jan 14 2026 21:03:28 | US. Department of HUD, 451 7th St., SW., Washington, DC 20410-0001 |

TOTAL: 32

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520582679 | | SBA |

| | | |
|---|---|---|
| lm | *+ | Colonial Savings F.A., c/o KML Law Group PC., 701 Market St., Suite 5000, Philadelphia, PA 19106-1541 |
| 520582657 | * | Credit Collection Services, Payment Processing Center, PO Box 55126, Boston, MA 02205-5126 |
| 520582658 | * | Credit Collection Services, Payment Processing Center, PO Box 55126, Boston, MA 02205-5126 |
| 520582665 | *+ | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 520582668 | *+ | Jefferson Capital Systems, LLC, Attn: Bankruptcy, 200 14th Ave E, Sartell, MN 56377-4500 |
| 520582669 | *+ | Jefferson Capital Systems, LLC, Attn: Bankruptcy, 200 14th Ave E, Sartell, MN 56377-4500 |
| 520582670 | *+ | Jefferson Capital Systems, LLC, Attn: Bankruptcy, 200 14th Ave E, Sartell, MN 56377-4500 |
| 520582671 | *+ | Jefferson Capital Systems, LLC, Attn: Bankruptcy, 200 14th Ave E, Sartell, MN 56377-4500 |
| 520582673 | *+ | Lvnv Funding/Resurgent Capital, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 520582674 | *+ | Lvnv Funding/Resurgent Capital, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |

TOTAL: 1 Undeliverable, 10 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 16, 2026        Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 14, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Caroline Record | on behalf of Creditor Waters Edge at Holly Lake HOA crecord@greenbaumlaw.com |
| Denise E. Carlon | on behalf of Creditor Colonial Savings F.A. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Robert Manchel | on behalf of Debtor John C. Bartholomew Jr. manchellaw@yahoo.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 6